UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgile O. Richardson, Jr., | No.  1:26-cv-02378-GSA |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No 2.) |
| Defendants. | |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1.    Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2.    The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated:   **April 7, 2026**      **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

1