ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGILE O. RICHARDSON, JR.,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 1:26-cv-02378-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file a supplemental transcript in response to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint was filed on June 8, 2026.

2. On July 7, 2026, Defendant became aware of the need to file a supplemental transcript to complete the record.

3. Defendant requests 30 days to file the required supplemental transcript.

4. Counsel for the Commissioner consulted Plaintiff's counsel who advised that they have no objections.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 6, 2026, to file a supplemental transcript in response to Plaintiff's Complaint.

`

Respectfully submitted,

Date: July 11, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
By: *s/ Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant United States Attorney
Attorneys for Defendant

Dated: July 11, 2026

/s/ *John Metsker**
*as authorized by e-mail
JOHN METSKER
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: **July 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE