UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILE O. RICHARDSON, JR,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 1:26-cv-02378-GSA<br>ORDER GRANTING PRO HAC VICE APPLICATION |

Plaintiff's counsel Stephen M. Sloan, having paid the filing fee, attached a certificate of good standing before the U.S. District Court for the Northern District of Illinois, and certified that he has submitted 1 prior pro hac vice application before this Court, the pro hac vice application, ECF No. 11, is **GRANTED.**

IT IS SO ORDERED.

Dated: **July 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE